UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ALTA MAR CONDOMINIUM
ASSOCIATION, INC. and
WESTCHESTER SURPLUS LINES
INSURANCE COMPANY, as assignee
of Soares Da Costa Construction
Services, LLC

      Plaintiffs,

v.                                    Case No: 2:18-cv-359-FtM-99CM

HARTFORD FIRE INSURANCE
COMPANY, AMERICAN HOME
ASSURANCE COMPANY and
ILLINOIS NATIONAL
INSURANCE COMPANY,

      Defendants.

_____

## ORDER

This matter comes before the Court upon review of Defendant Hartford Fire Insurance Company's Motion for Leave to File a Reply in Support of its Motion to Dismiss filed on June 12, 2018 and Plaintiff's opposition to the motion filed on June 25, 2018. Docs. 29, 34. Defendant seeks leave to file a twelve-page reply brief to Plaintiff's response to its motion to dismiss. *Id.* at 3. For the reasons stated below, the motion is granted in part and denied in part.

Under Middle District of Florida Local Rule 3.01(c), "[n]o party shall file any reply or further memorandum directed to [a] motion or response . . . unless the Court grants leave." A party moving for a reply brief must show good cause. *McDonald v. United States*, No. 3:13-cv-168-J-37MCR, 2013 WL 3901871, at *1 n.3 (M.D. Fla.

July 29, 2013). Moreover, the Court will not grant leave to file a reply brief unless the reply will benefit the Court's resolution of the pending motion. *See Schumann v. Collier Anesthesia, P.A.*, No. 2:12-cv-347-FtM-29CM, 2014 WL 1230644, at *4 n.3 (M.D. Fla. Mar. 25, 2014) (denying leave to file a reply brief where such brief would not aid the Court's resolution of the underlying motion). Here, the Court will allow Defendant to file a reply brief not to exceed seven pages because the Court finds Defendant demonstrates good cause, and a reply brief will aid judicial resolution of the motion to dismiss. *See id.*; M.D. Fla. R. 3.01(c).

ACCORDINGLY, it is

**ORDERED:**

Defendant Hartford Fire Insurance Company's Motion for Leave to File a Reply in Support of its Motion to Dismiss (Doc. 29) is **GRANTED in part and DENIED in part**. Hartford Fire Insurance Company shall have up to and including **July 3, 2018 to file a reply brief not to exceed seven (7) pages**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 26th day of June, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record